**FITZGERALD JOSEPH LLP**
JACK FITZGERALD (SBN 257370)
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH (SBN 287057)
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER (SBN 275423)
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741
Fax: (619) 331-2943

*Class Counsel*

**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
Richard P. Steinken (*pro hac vice*)
rsteinken@jenner.com
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

***Attorneys for Defendant***

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MCMORROW, MARCO OHLIN, and MELODY DIGREGORIO, on behalf of themselves, all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>MONDELĒZ INTERNATIONAL, INC.,<br>Defendant. | Case No: 3:17-cv-02327-BAS-JLB<br><br>**NOTICE OF SETTLEMENT**<br><br>District Judge: Hon. Cynthia A. Bashant<br>Magistrate Judge: Hon. Jill L. Burkhardt |

# NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE THAT, the parties have reached agreement in principle on the material terms of a proposed nationwide class settlement for which the parties intend to seek preliminary approval from the Court pursuant to Fed. R. Civ. P. 23(e). The parties anticipate Plaintiffs filing a Motion for Preliminary Approval on or before Monday, November 15, 2021. In light of the foregoing, the parties request that the Court vacate the upcoming deadlines and trial date set forth in the July 23, 2021 Scheduling Order, (*see* Dkt. No. 186) and all deadlines set forth in the August 20, 2021 Minute Order regarding the parties' discovery disputes (*see* Dkt. No. 193).

Date: September 15, 2021

Respectfully submitted,

/s/ *Paul K. Joseph*
**FITZGERALD JOSEPH LLP**
JACK FITZGERALD
*jack@fitzgeraldjoseph.com*
PAUL K. JOSEPH
*paul@fitzgeraldjoseph.com*
MELANIE PERSINGER
*melanie@fitzgeraldjoseph.com*
TREVOR M. FLYNN
*trevor@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741
Fax: (619) 331-2943

***Class Counsel***

/s/ *Dean N. Panos*
**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
dpanos@jenner.com
Richard P. Steinken (*pro hac vice*)
rsteinken@jenner.com

353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Defendant*